IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *PLAINTIFF*,

  v.                                                   CIV. NO. 1:20-CV-00169-DHU-LF

$2,506.00 IN UNITED STATES CURRENCY,

    *DEFENDANT-IN-REM*,

AND

FRANCISCO DIAZ,

    *CLAIMANT*.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Francisco Diaz. The Court has reviewed the agreement and is fully advised in the premises.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. All rights, title, and interest in the $2,506.00 in United States Currency are forfeited to the United States and title thereto is vested in the United States.

2. The parties will bear their own costs and attorney's fees in this case.

_____
DAVID H. URIAS
UNITED STATES DISTRICT JUDGE